In the Matter of the Application of JOHN LACKNER COMPANY for an Order Adjudging HERBERT HILL to Be in Contempt of This Court and for an Order Punishing Him Therefor by Reason of His Violation of a Final Judgment of This Court in an Action Entitled: Supreme Court, Queens County. JOHN LACKNER COMPANY, Plaintiff, v. RICHARD BLAZEJ and Others, Defendants. JOHN LACKNER COMPANY, Petitioner, Appellant, v. HERBERT HILL, Respondent.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.